UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE GUEVARA,<br><br>       Plaintiff,<br><br>  -against-<br><br>CORRECTIONS OFFICERS JHON DOE #1, #2, #3; THE CITY OF NEW YORK,<br><br>       Defendants. | 21-CV-9760 (LTS)<br><br>CIVIL JUDGMENT |

 Pursuant to the order issued April 18, 2022, dismissing the complaint,

 IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 18, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge